UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| KRISTINA M. McGINNIS-THOMPSON, | : | SSN:  xxx-xx-5774 |
| aka KRISTINA M. THOMPSON, | : | xxx-xx-8514 |
| aka KRISTINA M. McGINNIS, | : | |
| and JAMES F. THOMPSON | : | CASE NO: 1-07-01958-MDF |
| dba BREAKAWAY TRUCKING, | : | |
| | : | |
| Debtors | : | |

**ORDER ALLOWING DEBTORS
TO MODIFY THEIR CHAPTER 13 PLAN**

The Motion of Kristina M. McGinnis-Thompson and James F. Thompson, Debtors herein, to Modify their Fifth Amended Chapter 13 Plan, having come this day to be heard, and good cause therefor appearing; it is

ORDERED, that the Debtors are hereby authorized to modify their Fifth Amended Chapter 13 Plan through their Sixth Amended Chapter 13 Plan.